UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Hunter**  **Docket No. 4:14-CR-22-1BO**

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Hunter, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 27, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Travis Hunter was released from custody on July 22, 2016, at which time the term of supervised release commenced.

On August 3, 2016, the court modified supervision to include the sex offender treatment condition so the defendant could be evaluated due to a historical sex offense. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

On September 22, 2016, a Motion for Revocation was filed advising that the defendant violated his conditions of probation by: 1) Using a controlled substance, and 2) Criminal conduct. On November 9, 2016, the court found that the defendant had violated the terms and conditions of the judgment, held the violations in abeyance, and continued the defendant on supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Inasmuch as the defendant was continued on supervision, the undersigned probation officer requests modification of existing conditions ordering the defendant to participate in substance abuse treatment and to comply with the DROPS program, as the defendant's history of substance abuse will require continued treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Travis Hunter
Docket No. 4:14-CR-22-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: March 24, 2017

### ORDER OF THE COURT

Considered and ordered this 27th day of March, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge